IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:12–CR-30002-NJR |
| | ) |
| | ) |
| JOHN THOMAS EGAN, | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

This matter is currently before the Court on the motion for early termination of supervised release filed by Defendant John Thomas Egan (Doc. 64). Mr. Egan seeks the early termination of a three-year period of supervised release after serving approximately half of the term. The United States Probation Office and the Government both support the request for early termination (Doc. 67).

18 U.S.C. § 3583(e)(1) provides that "the court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

Here, Mr. Egan has served about half of his term of supervised release. He reports that he is healthy, substance free, and gainfully employed as a Certified Alcohol and

Drug Counselor. The United States Probation Office has indicated that Mr. Egan has been compliant with the terms of his supervised release and has confirmed that Mr. Egan is employed as a counselor for persons with addiction problems.

After considering the parties' submissions to the Court and the §3553(a) factors, the Court finds that termination of Mr. Egan's supervised release is warranted by his conduct and in the interest of justice. Accordingly, the motion for early termination of supervised release filed by Defendant John Thomas Egan (Doc. 64) is **GRANTED**. The previously imposed term of supervised release is **TERMINATED** as of the date of this Order.

**IT IS SO ORDERED.**

DATED:   February 28, 2018

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**